IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODOLFO GOMEZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | 8:22CV119<br><br>ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |

This case is before the Court on the parties' December 29, 2022, Stipulation for Dismissal with Prejudice. Filing 20. The parties state that this lawsuit has been settled. Consequently, they stipulate to the dismissal of this action, with prejudice, with each party to pay its own costs and with complete record waived. Accordingly,

IT IS ORDERED that the parties' December 29, 2022, Stipulation for Dismissal with Prejudice, Filing 20, is granted, and this action is dismissed with prejudice, with each party to pay its own costs and with complete record waived.

Dated this 30th day of December, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1